IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TROY CRAMER,

Defendant.

4:13-CR-3011

FINAL ORDER OF FORFEITURE

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 41). On June 24, 2013, the Court entered a Preliminary Order of Forfeiture (filing 32) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to conspiracy to distribute methamphetamine in violation of 21 U.S.C. §§ 841 and 846, and his admission of the forfeiture allegation contained in the indictment. Filings 16, 25, and 30. By way of the preliminary order of forfeiture, the defendant's interest in $1,348 in United States currency was forfeited to the United States. Filing 32.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on June 26, 2013, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 40) was filed on August 28, 2013. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1.    The plaintiff's Motion for Final Order of Forfeiture (filing 41) is granted.

2.    All right, title, and interest in and to the $1,348 in United States currency held by any person or entity are forever barred and foreclosed.

3.    The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 28th day of August, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge
