IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:13CR3011 |
| vs. | |
| TROY CRAMER, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) The motion of attorney Nancy Svoboda to withdraw as counsel of record for the government, (filing no. 50), is granted.

2) The clerk shall delete Nancy Svoboda from any future ECF notifications herein.

April 14, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge