IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:13-CR-3011 |
| vs. | |
| TROY CRAMER, | ORDER |
| Defendant. | |

The Court is in receipt of correspondence from the defendant's former counsel, John F. Aman, addressing the defendant's *pro se* motion to compel transfer of his case file (filing 64), and responding to the Court's order to show cause of December 8, 2015 (filing 70). The Court has filed counsel's correspondence under seal. Although counsel's response was overdue, the Court finds that it sufficiently shows cause to deny the defendant's motion to compel. Accordingly, the Court will set aside its January 7, 2016 order (filing 74) granting the motion to compel based on counsel's failure to respond, and will deny the motion to compel. The hearing set for January 29, 2016 is cancelled.

IT IS ORDERED:

1. The Court's order of January 7, 2016 (filing 74) is set aside.

2. The defendant's *pro se* motion to compel (filing 64) is denied.

3. The hearing set for January 29, 2016 is cancelled.

Dated this 28th day of January, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge